6

Peterson, Appellant, *v.* Philadelphia Transportation Company.

Argued November 18, 1952. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY and MUSMANNO, JJ.

8

*Michael A. Foley,* for appellant.

*John J. McDevitt, 3rd,* with him *Jay B. Leopold,* for appellee.

OPINION PER CURIAM, November 25, 1952:

The judgment of the court below is affirmed on the opinion of Judges CRUMLISH and SLOANE.

Albert Appeal.

